UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) No. 08 CR 122-7 |
| v | ) Hon. Maria Valdez |
| TERRY PETEN, | ) |
| Defendant. | ) |

### NOTICE OF MOTION

To:   Terra Brown
      United States Attorneys Office      Pretrial Services
      219 S. Dearborn St., 5th Floor      219 S. Dearborn St., Rm 15100
      Chicago, Illinois 60604             Chicago, Illinois 60604

 Please take notice that on March 18, 2008 at 10:00 a.m., I will appear before the Honorable Magistrate Judge Maria Valdez and present the Defendant Terry Peten's Motion for Release from Custody, copies of which have been previously served upon you.

/s/ Ross M. Eagle
_____
Ross M. Eagle, Attorney for
Defendant Terry Peten

JESTER, KENWORTHY & EAGLE LLC
Attorneys at Law
53 West Jackson Boulevard
Suite 1324
Chicago, Illinois 60604

### Certificate of Service

 I, Ross M. Eagle, an attorney, certify that I served a copy of the above notice, together with copies of all Motions listed upon the parties named above via electronic delivery pursuant to court rules on electronic filing on March 13, 2008.

/s/ Ross M. Eagle
_____
Ross M. Eagle