UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 CR 122-7 |
| v | ) | |
| | ) | Hon. Maria Valdez |
| | ) | |
| TERRY PETEN, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

To: Terra Brown  
     Assistant United States Attorney  
     219 South Dearborn Street  
     Fifth Floor  
     Chicago, Illinois 60604

Pretrial Services  
219 South Dearborn Street  
Room 15100  
Chicago, Illinois 60604

    Please take notice that on April 15, 2008 at 10:00 a.m., I will appear before the Honorable Magistrate Judge Maria Valdez and present the Defendant Terry Peten's Motion for Release from Custody, copies of which have been previously served upon you.

                                             /s/ Ross M. Eagle  
                                             _____  
                                             Ross M. Eagle, Attorney for  
                                             Defendant Terry Peten

JESTER, KENWORTHY & EAGLE LLC  
Attorneys at Law  
53 West Jackson Boulevard  
Suite 1324  
Chicago, Illinois 60604

### Certificate of Service

 I, Ross M. Eagle, an attorney, certify that I served a copy of the above notice, together with copies of all Motions listed upon the parties named above via electronic delivery pursuant to court rules on electronic filing on April 10, 2008.

                                             s/ Ross M. Eagle