# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 122 - 7 | **DATE** | 4/15/2008 |
| **CASE TITLE** | USA vs. Terry Peten | | |

**DOCKET ENTRY TEXT**

Arraignment held on 4/15/08 as to defendant Terry Peten (7). Defendant waives formal reading of the indictment. Defendant enters plea of not guilty as charged in the indictment. Rule 16.1(a) conference to be completed by 4/22/08. Pretrial motions to be filed by 5/6/08. Response to be filed by 5/13/08. Status Hearing set before Judge Leinenweber on 5/13/08 at 9:00 a.m. Government's oral motion to exclude time is granted. Enter excludable time from 4/15/08 to 5/13/08 pursuant to 18:3161(h)(1)(F).  (X-E)  Motion hearing held. Defendant's motion for release pending trial [103] is entered and continued to 4/22/08 at 1:30 p.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:01

| | Courtroom Deputy Initials: | yp |
|---|---|---|