## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 122 - 7 | **DATE** | 4/22/2008 |
| **CASE TITLE** | USA vs. Terry Peten | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 4/22/08 as to Terry Peten (7). Government and defendant agree to certain conditions of release. Therefore, Defendant's motion for release pending trial [103] is granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:15

| | Courtroom Deputy Initials: | yp |
|---|---|---|