UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                                                       Case No.: 1:08−cr−00122

                                                                                  Honorable Amy J. St. Eve

Barry Ware, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 28, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:Motion for detention [] is terminated as to Barry Ware (1), Gregorio Rodriguez (2), Gary McDonald (3), Melvin Holmes (8), Jermaine McCann (9), Bobby Mitchell (10), LaQuinta Moffett (11); Motion n [] is terminated as to Barry Ware (1), Gregorio Rodriguez (2), Gary McDonald (3), Melvin Holmes (8), Jermaine McCann (9), Bobby Mitchell (10), LaQuinta Moffett (11); Motion for disclosure [128] is denied as moot as to Barry Ware (1). To be produced 30 days before trial. Motion to produce [129] is denied as moot as to Barry Ware (1); Motion for order [130] is denied as moot as to Barry Ware (1), due 45 days before trial. Motion for discovery [131] is moot as to Barry Ware (1); ORDER on motion by Barry Ware, Gregorio Rodriguez, Gary McDonald, Devon Tyler, Gerald Lindsey, Kevin Waddell, Terry Peten, Melvin Holmes, Jermaine McCann, Bobby Mitchell, LaQuinta Moffett, Howard Blankenship, Linnea Massey for preservation of agent`s notes. as to Barry Ware (1), moot, all notes are to be preserved. Motion to produce [132] is denied as moot without prejudice as to Barry Ware (1); Motion for bill of particulars [133] is denied as to Barry Ware (1); Motion to produce [134] is denied as moot as to Barry Ware (1), produce 30 days before trial. Motion for order [135] is denied as moot as to Barry Ware (1), produce 45 days before trial. Motion for disclosure [136] is denied without prejudice as to Barry Ware (1); Motion for disclosure [137] is granted and due by 6/27/2008 as to Barry Ware (1); Motion for leave [138] is granted as to Barry Ware (1); Motion for disclosure [139] is granted as to Barry Ware (1); Motion for order [140] is granted as to Barry Ware (1); Motion for joinder [141] is granted as to Barry Ware (1); Motion for order [142] is granted as to Barry Ware (1), and as to all parties. Motion for discovery [65] is denied as moot as to Gary McDonald (3); Motion for discovery [66] is granted as to Gary McDonald (3); Motion for discovery [67] is granted as to Gary McDonald (3); Motion for joinder [155] is granted as to Devon Tyler (4); Motion for disclosure [153] is denied as moot as to Devon Tyler (4), to be produced 45 days before trial. Motion for disclosure [154] is denied as moot, without prejudice as to Devon Tyler (4); ORDER on motion by Barry Ware, Gregorio Rodriguez, Gary McDonald, Devon Tyler, Gerald Lindsey, Kevin Waddell, Terry Peten, Melvin Holmes, Jermaine McCann, Bobby Mitchell, LaQuinta Moffett, Howard Blankenship, Linnea Massey for preservation of agent`s notes. as to Gerald Lindsey (5), is moot, all notes are to be preserved. Motion to produce [149] is denied as moot as to Gerald Lindsey (5), to be produced 45 days before trial. Motion for

disclosure [150] is granted as to Gerald Lindsey (5); Motion for joinder [151] is granted as to Gerald Lindsey (5); Motion for extension of time [152] is granted as to Gerald Lindsey (5); Motion to produce [159] is granted as to Kevin Waddell (6); Motion for order [160] is denied as moot as to Kevin Waddell (6), to be produced 45 days before trial. ORDER on motion by Barry Ware, Gregorio Rodriguez, Gary McDonald, Devon Tyler, Gerald Lindsey, Kevin Waddell, Terry Peten, Melvin Holmes, Jermaine McCann, Bobby Mitchell, LaQuinta Moffett, Howard Blankenship, Linnea Massey for preservation of agent`s notes. as to Kevin Waddell (6), is moot, all notes to be preserved. Motion to produce [162] is denied as moot as to Kevin Waddell (6), to be produced 30 days before trial. Motion for leave [163] is granted as to Kevin Waddell (6); Motion to produce [164] is granted as to Kevin Waddell (6). Santiago due 45 days before trial. Motion for joinder [165] is granted as to Kevin Waddell (6); Motion for release from custody [171] is terminated as to Kevin Waddell (6); Motion to exclude [] is terminated as to Terry Peten (7), Melvin Holmes (8); Motion for joinder [145] is granted as to Jermaine McCann (9); Motion for joinder [146] is granted as to Linnea Massey (13); as to Barry Ware, Gregorio Rodriguez, Gary McDonald, Devon Tyler, Gerald Lindsey, Kevin Waddell, Terry Peten, Melvin Holmes, Jermaine McCann, Bobby Mitchell, LaQuinta Moffett, Howard Blankenship, Linnea Massey; Status hearing held on 5/28/2008. Detailed Memo to be filed on the petition for interim fees. Defendant Kevin Waddell's (6) oral motion to modify bond is granted. Defendant Waddell's bond is modified to include Home Confinement instead of Home Incarceration, as stated in open court. Defendant Terry Peten's (7) oral motion to modify bond is granted. Defendant Peten's bond is modified as to his curfew. He may leave his home from 7:00 AM and return home by 7:00 PM., as stated in open court.( Status hearing set for 7/16/2008 at 09:00 AM.) Mailed notice (tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.