IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v | ) | No. 08 CR 122-7 |
| | ) | Hon. Judge Amy J. St. Eve |
| | ) | |
| TERRY PETEN | ) | |

## MOTION TO MODIFY CONDITIONS OF RELEASE

NOW COMES the defendant, Terry Peten, by and through his attorney, Ross M. Eagle and respectfully requests this Honorable Court modify the conditions of release to remove the condition of electronic monitoring. In support, Mr. Peten states as follows:

1. Mr. Peten was detained following his initial appearance on February 12, 2008.

2. On April 22, 2008, the Government and Mr. Peten agreed to certain conditions of release and Mr. Peten was released after posting property as collateral. Home detention was ordered as a condition of release.

3. On May 28, 2008, the Government agreed to Mr. Peten's oral motion to modify the conditions of release to impose a 7:00 a.m. to 7:00 p.m. curfew.

4. Mr. Peten has fully complied with all the conditions of his bond since his release from custody on April 22, 2008. There have been no violation reports filed.

5. Counsel has spoken to Mr. Peten's Pretrial Services Officer, Anthony Raya, who confirmed that Mr. Peten has been fully compliant with his bond. Mr.

    Raya stated he has no objection to removing the condition of electronic monitoring from Mr. Peten's conditions of bond

6.    Mr. Peten has been actively looking for a job, but often finds that the prospective jobs require work outside the hours of curfew.

    WHEREFORE, Defendant Terry Peten respectfully requests that this Honorable Court modify the condition of his bond to remove the condition of electronic monitoring.

    Respectfully submitted,

    s/ Ross M. Eagle
    _____
    Ross M. Eagle, Attorney for Defendant Terry Peten

JESTER, KENWORTHY & EAGLE LLC
Attorneys at Law
53 West Jackson Boulevard
Suite 1324
Chicago, Illinois 60604

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v | ) | No. 08 CR 122-7 |
| | ) | Hon. Judge Amy J. St. Eve |
| | ) | |
| TERRY PETEN | ) | |

**NOTICE OF FILING AND PROOF OF SERVICE**

To:   Terra Brown                                        Anthony Raya
      Assistant United States Attorney                   Pretrial Services Officer
      219 South Dearborn Street – 5th Floor              219 S. Dearborn, Suite 15100
      Chicago, Illinois 60604                            Chicago, Illinois 60604

   Please be advised that on July 15, 2008, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Defendant Terry Peten's Motion to Modify Conditions of Release, a copy of which is attached and hereby served upon you.

                                                 s/ Ross M. Eagle
                                                 _____
                                                 Ross M. Eagle, Attorney for
                                                 Defendant Terry Peten

JESTER, KENWORTHY & EAGLE LLC
Attorneys at Law
53 West Jackson Boulevard
Suite 1324
Chicago, Illinois 60604

**CERTIFICATE OF SERVICE**

I, Ross M. Eagle, an attorney, certify that I served a copy of the above notice, together with copies of all Motions listed upon the parties named above via electronic delivery pursuant to court rules on electronic filing on July 15, 2008.

                                                 /s/ Ross M. Eagle
                                                 _____
                                                 Ross M. Eagle