IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v | ) | No. 08 CR 122 |
| | ) | Hon. Judge Amy J. St. Eve |
| | ) | |
| TERRY PETEN | ) | |

**NOTICE OF MOTION AND PROOF OF SERVICE**

To:   Terra Brown
      Assistant United States Attorney
      219 South Dearborn Street – 5th Floor
      Chicago, Illinois 60604

   Please take notice that on July 16, 2008 at 9:00 a.m., I shall appear before the Honorable Amy J. St. Even and present Defendant Terry Peten's Motion to Modify Conditions of Release for hearing, a copy of which has previously been served upon you.

                                        s/ Ross M. Eagle
                                        _____
                                        Ross M. Eagle, Attorney for
                                        Defendant Terry Peten

JESTER, KENWORTHY & EAGLE LLC
Attorneys at Law
53 West Jackson Boulevard
Suite 1324
Chicago, Illinois 60604

**CERTIFICATE OF SERVICE**

I, Ross M. Eagle, an attorney, certify that I served a copy of the above notice, together with copies of all Motions listed upon the parties named above via electronic delivery pursuant to court rules on electronic filing on July 15, 2008.

                                        /s/ Ross M. Eagle
                                        _____
                                        Ross M. Eagle